Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  13−36300−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Edward J. Milligan
60 Richter Rd
Tabernacle, NJ 08088

Roberta R. Milligan
aka Roberta Cherrywell, aka Roberta
Laskowski
107 S Antioch Rd
Luray, VA 22835

Social Security No.:
  xxx−xx−2252                                    xxx−xx−7194

Employer's Tax I.D. No.:

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

    Please be advised that on April 19, 2017, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 80 − 79
Order Granting Application to Employ Tamburro Law Offices/Howard Kanowitz, Esq. as Attorneys (Related Doc # 79). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/18/2017. (ckk)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 19, 2017
JAN: ckk

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Edward J. Milligan  
Roberta R. Milligan  
    Debtors

Case No. 13-36300-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Apr 19, 2017  
                    Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.  
r         +James A. Tamburro,    1060 Kings Highway North,    Cherry Hill, NJ 08034-1910

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Albert    Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, NA
           bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
          Howard Z. Kanowitz    on behalf of Joint Debtor Roberta R. Milligan hzklaw@gmail.com,
           G19822@notify.cincompass.com
          Lee Martin Perlman    on behalf of Debtor Edward J. Milligan ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, NA ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                                               TOTAL: 9