UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Howard Z. Kanowitz, Attorney at Law (HK0614)
4 Gettysburg Drive
Voorhees, New Jersey 08043
(609)304-1976
Attorney for Debtor Roberta R. Milligan

Order Filed on April 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EDWARD J. MILLIGAN and
ROBERTA R. MILLIGAN

Case No.: 13-36300

Chapter: 13

Judge: Gravelle

## ORDER AUTHORIZING RETENTION OF

Tamburro Law Offices/Howard Z. Kanowitz, Esq.

The relief set forth on the following page is **ORDERED**.

**DATED: April 18, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Upon the applicant's request for authorization to retain Tamburro Law Offices/Howard Z. Kanowi as _____ Attorney for Debtor _____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is: 58 Tallowood Dr.
   Medford, NJ 08055/ 4 Gettysburg Dr.
   Voorhees, NJ 08043

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:
Edward J. Milligan
Roberta R. Milligan
    Debtors

Case No. 13-36300-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Apr 19, 2017
                      Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2017.
db        #+Edward J. Milligan,   60 Richter Rd,   Tabernacle, NJ 08088-8706
jdb       #+Roberta R. Milligan,   107 S Antioch Rd,   Luray, VA 22835-5608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2017                                           Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2017 at the address(es) listed below:
        Albert Russo   on behalf of Trustee Albert Russo docs@russotrustee.com
        Albert Russo   docs@russotrustee.com
        Albert Russo (NA)   on behalf of Trustee Albert Russo docs@russotrustee.com
        Andrew L. Spivack   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
        Denise E. Carlon   on behalf of Creditor   Wells Fargo Bank, NA
        bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
        Howard Z. Kanowitz   on behalf of Joint Debtor Roberta R. Milligan hzklaw@gmail.com, G19822@notify.cincompass.com
        Lee Martin Perlman   on behalf of Debtor Edward J. Milligan ecf@newjerseybankruptcy.com, lmpcourt@gmail.com
        William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, NA ecf@powerskirn.com
        William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                    TOTAL: 9